IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LINN ENERGY, LLC, *et al.*,[1] | ) ) ) | Case No. 16-60040 (DRJ) |
| Debtors. | ) ) ) | (Joint Administration Requested) (Emergency Hearing Requested) |

**NOTICE OF DESIGNATION AS COMPLEX CHAPTER 11 BANKRUPTCY CASE**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") commenced chapter 11 cases on May 11, 2016. The undersigned proposed counsel believes that these chapter 11 cases qualify as complex chapter 11 cases because:

__X__ The debtors have total debt of more than $10 million;

__X__ There are more than 50 parties in interest in this case;

__X__ Claims against the debtors are publicly traded;

_____ Other (Substantial explanation is required. Attach additional sheets if necessary.)

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number are as follows: Linn Energy, LLC (7591); Berry Petroleum Company, LLC (9387); LinnCo, LLC (6623); Linn Acquisition Company, LLC (4791); Linn Energy Finance Corp. (5453); Linn Energy Holdings, LLC (6517); Linn Exploration & Production Michigan LLC (0738); Linn Exploration Midcontinent, LLC (3143); Linn Midstream, LLC (9707); Linn Midwest Energy LLC (1712); Linn Operating, Inc. (3530); Mid-Continent I, LLC (1812); Mid-Continent II, LLC (1869); Mid-Continent Holdings I, LLC (1686); Mid-Continent Holdings II, LLC (7129). The Debtors' principal offices are located at JPMorgan Chase Tower, 600 Travis, Suite 5100, Houston, Texas 77002.

The Debtors respectfully request that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, and grant such other and further relief to which the Debtors may be justly entitled.

| | |
|---|---|
| Victoria, Texas<br>Dated: May 11, 2016 | */s/ Patricia B. Tomasco*<br>Patricia B. Tomasco (TX Bar No. 01797600)<br>Matthew D. Cavenaugh (TX Bar No. 24062656)<br>Jennifer F. Wertz (TX Bar No. 24072822)<br>**JACKSON WALKER L.L.P.**<br>1401 McKinney Street, Suite 1900<br>Houston, Texas 77010<br>Telephone: (713) 752-4200<br>Facsimile: (713) 752-4221<br>Email: ptomasco@jw.com<br>    mcavenaugh@jw.com<br>    jwertz@jw.com |
| | -and- |
| | Paul M. Basta, P.C. (*pro hac vice* admission pending)<br>Stephen E. Hessler, P.C. (*pro hac vice* admission pending)<br>Brian S. Lennon (*pro hac vice* admission pending)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: paul.basta@kirkland.com<br>    stephen.hessler@kirkland.com<br>    brian.lennon@kirkland.com |
| | - and - |
| | James H.M. Sprayregen, P.C. (*pro hac vice* admission pending)<br>Joseph M. Graham (*pro hac vice* admission pending)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: james.sprayregen@kirkland.com<br>    joe.graham@kirkland.com |
| | *Proposed Co-Counsel to the Debtors and Debtors in Possession* |

## Certificate of Service

      I certify that on May 11, 2016, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                              */s/ Patricia B. Tomasco*
                                              One of Counsel